COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| JT MASONRY, INC., | § | No. 08-14-00003-CV |
| Appellant, | § | Appeal from |
| v. | § | 120th District Court |
| SUNLIGHT ENTERPRISES CO., INC., | § | of El Paso County, Texas |
| Appellee. | § | (TC # 2013DCV1680) |
| | § | |

## MEMORANDUM OPINION

JT Masonry, Inc. is attempting to appeal from an order granting a motion filed by Appellee, Sunlight Enterprises Co. Inc., to strike Appellant's answer. Pending before the Court is a motion filed by Appellee to dismiss the appeal for want of jurisdiction. Finding that the interlocutory order is unappealable, we dismiss the appeal for want of jurisdiction.

Generally, this Court's appellate jurisdiction is limited to reviewing a final judgment or order. *Ogletree v. Matthews*, 262 S.W.3d 316, 319 n. 1 (Tex. 2007); *Lehmann v. Har-Con Corporation*, 39 S.W.3d 191, 195 (Tex. 2001); *Cantu Services, Inc. v. United Freedom Associates, Inc.*, 329 S.W.3d 58, 62 (Tex.App.--El Paso 2010, no pet.). We may also review interlocutory orders when authorized by statute. *See* TEX.CIV.PRAC. & REM.CODE ANN. § 51.014 (West Supp. 2013); *Bally Total Fitness Corporation v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001). The trial court's order granting Appellee's amended motion to strike Appellant's answer

is an interlocutory order. An appeal of this order is not authorized by statute and a final judgment has not been entered. Consequently, we do not have jurisdiction of the appeal. We grant Appellees' motion and dismiss the appeal for want of jurisdiction.

May 30, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating